IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDNA S. ESSER a/k/a Edna Tallman, Individually and as Executrix of the Estate of CHARLES TALLMAN, Deceased, and on behalf of all Wrongful Death beneficiaries,<br><br>    Plaintiffs,<br><br>v.<br><br>CBS CORPORATION, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 15-395-SLR-SRF<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this ___ day of February, 2016, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on February 5, 2016, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 61) is adopted.

2. Plaintiffs' motion to remand (D.I. 23) is denied.

                                                              _____
                                                              United States District Judge